# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL PULIDO,<br><br>             Plaintiff,<br><br>   v.<br><br>F. IGBINOSA, et al.,<br><br>             Defendants. | Case No. 1:11-cv-01711-DLB PC<br><br>**ORDER TO SHOW CAUSE**<br><br>ECF No. 6<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

Plaintiff Rafael Pulido ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On October 14, 2011, Plaintiff filed his complaint. On July 30, 2012, the Court screened Plaintiff's complaint and dismissed it for failure to state a claim, with leave to amend within thirty days. ECF No. 6. As of the date of this order, Plaintiff has not filed an amended complaint or otherwise responded to the Court.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within twenty-one (21) days why this action should not be dismissed for failure to state a claim. If Plaintiff fails to show cause or otherwise timely respond, the Court will dismiss this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

Dated:   **September 14, 2012**          /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE